```
                                                            FILED
UNITED STATES DISTRICT COURT                               MAR 2 7 2008
FOR THE DISTRICT OF COLUMBIA
                                                    NANCY MAYER WHITTINGTON, CLERK
                                                         U.S. DISTRICT COURT
```

DONNIE JERMAINE FARRAR,          :
                                 :
        Plaintiff,               :
v.                               :    Civil Action No. 08-0156
                                 :
UNITED STATES OF AMERICA, *et al.* :
                                 :
        Defendants.              :

## ORDER

The Court construes plaintiff's "Local Rule 59(e) Motion for Reconsideration" as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Having reviewed the record, there is no basis for granting the relief plaintiff requests. This Court is without the authority to vacate plaintiff's conviction in or the sentence imposed by the Superior Court of Mecklenburg County, North Carolina.

Accordingly, it is hereby

ORDERED that plaintiff's motion for relief from judgment is DENIED.

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/20/08